# EXHIBITS “1 - 12”

(a copy of Exhibits 1 – 12 are being mailed to the Court on a single thumb drive for filing)