**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **JOHHNY MORENO,** | § | |
| | § | |
| **Plaintiff** | § | |
| **VS.** | § | **CIVIL ACTION NO. 6:23-cv-00026** |
| | § | |
| **CITY OF VICTORIA, ET AL.** | § | **JURY DEMAND** |
| | § | |
| **Defendants.** | § | |

**AFFIDAVIT OF TRENTON BALLARD**

THE STATE OF TEXAS §
COUNTY OF VICTORIA §

BEFORE ME, the undersigned authority, on this day personally appeared TRENTON BALLARD, who having by me been duly sworn, stated as follows:

"My name is Trenton Ballard. I am over the age of eighteen (18) years, of sound mind, have never been convicted of a felony or a crime involving moral turpitude and am otherwise competent to make this affidavit and have personal knowledge of the facts stated herein.

I am a police officer with the City of Victoria Police Department and became commissioned with the department on 1/8/2021. I currently work full time as a Patrol officer. I received my Texas Peace Officer's License on 12/2017.

On April 20, 2021, I worked for the Victoria Police Department and was on patrol. On that day at approximately 1710 hours, I responded to 4100 N Navarro St in reference to a disturbance. Prior to arrival, dispatch advised a Hispanic male, who was later identified as Johnny Moreno, was at the location and assaulting someone. On arrival, I observed a car at the stop sign of Fillmore Ave and N Navarro St. I activated my overhead emergency red and blue lights to let the car know we would be making contact with them.

I exited my patrol vehicle and approached the passenger side of the vehicle. I made contact with Johnny on the passenger side of the vehicle. Mr. Moreno got out of the vehicle and turned his back to me and put his hands behind his back. He

asked to be placed in handcuffs. I placed him in handcuffs, during this time Officer Smith had arrived on scene with Officer Allan. They made contact with the driver, Jennifer Sendejo.

Then, I grabbed Mr. Moreno's left arm with the least amount of force necessary to escort him to my unit. Mr. Moreno became upset and pulled away, I tried to explain to him that we were only assisting him to the patrol unit, so we could speak with him. I attempted to get Mr. Moreno to walk with me and he again pulled back. In attempt to gain control of him, Officer Allan and I placed Mr. Moreno next to my unit where he became more agitated. Mr. Moreno started to push back against us and even used his legs to push off the patrol unit. Then, Officer Allan and Officer Balerio placed their arms under Mr. Moreno's arms and attempted to get him to the ground to gain control of him. Mr. Moreno was escorted to a grassy area next to my unit. He landed on his upper right chest and shoulder area.

Once on the ground, Mr. Moreno stopped his resistance and laid on the ground asking for EMS. EMS was immediately requested. I stood by with Mr. Moreno until EMS arrived on scene. Once EMS arrived on the scene, EMS personnel tried to assist him, but Mr. Moreno became angry and no longer wanted to be assessed.

Due to Mr. Moreno only being detained for questioning and that Ms. Sendejo claimed that she had not been harmed, Mr. Moreno was released from the handcuffs. Once released from the handcuffs, Mr. Moreno stood up and walked around. He eventually walked to the passenger seat of the vehicle and got in.

Based on my law enforcement knowledge, training and experience, a reasonable similarly situated law enforcement officer standing in my, Officer Balerio and Officer Allen, could draw the conclusion that my, as well as Officer Balerio and Officer Allen's actions were objectively reasonable, did not violate Mr. Moreno's constitutional rights and did not violate clearly established law.

I have watched the video provided in Exhibits 1, 2 & 4 to Defendants' Motion for Summary Judgment Based on Qualified Immunity and they are true and correct copies of the recording of the incident Plaintiff Johnny Moreno complains of as recorded by my body worn camera and patrol vehicle camera.

Lastly, at no time during the incident with Mr. Moreno was Officer Taylor Herrera involved.

Trenton Ballard

SWORN TO AND SUBSCRIBED before me on this the 14th day of June, 2024.

RHONDA R GARZA
Notary Public, State of Texas
Comm. Expires 07-18-2027
Notary ID 743033-6

NOTARY PUBLIC STATE OF TEXAS

Notary Public in and for State of Texas