**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **JOHHNY MORENO,** | § | |
| | § | |
| **Plaintiff** | § | |
| **VS.** | § | **CIVIL ACTION NO. 6:23-cv-00026** |
| | § | |
| **CITY OF VICTORIA, ET AL.** | § | **JURY DEMAND** |
| | § | |
| **Defendants.** | § | |

**AFFIDAVIT OF ROGER BALERIO**

THE STATE OF TEXAS §
COUNTY OF VICTORIA §

BEFORE ME, the undersigned authority, on this day personally appeared ROGER BALERIO, who having by me been duly sworn, stated as follows:

"My name is Roger Balerio. I am over the age of eighteen (18) years, of sound mind, have never been convicted of a felony or a crime involving moral turpitude and am otherwise competent to make this affidavit and have personal knowledge of the facts stated herein.

I am a police officer with the City of Bellaire Police Department. Prior to that, I was a police officer with the City of Victoria and became commissioned with the department on 01/29/16. I received my Texas Peace Officer's License on 01/29/16.

On April 20, 2021, I worked for the Victoria Police Department and was on patrol. On that day at approximately 1710 hrs I was riding in the passenger seat of the patrol vehicle that Officer Ballard was driving. Prior to arrival, dispatch advised Johnny Moreno was at the location and assaulting someone. On arrival, the vehicle that Mr. Moreno occupied was located at the stop sign of Fillmore Ave and N Navarro St. Officer Ballard pulled the patrol vehicle behind the vehicle and activated his overhead emergency lights.

Then, Officer Ballard made contact with Mr. Moreno on the passenger side of the vehicle. Mr. Moreno got out of the vehicle and turned his back to Officer Ballard and put his hands behind his back. Officer Ballard then placed him handcuffs. During this time, Officer Allen and Smith arrived at the scene. Upon arrival, they made contact with the driver, Jennifer Sendejo.

After securing Mr. Moreno in handcuffs, Officer Ballard placed his hand on Mr. Moreno`s right arm so that he could assist him to the patrol unit. Mr. Moreno became upset and pulled away. Officer Ballard and I tried to explain to him that we were only assisting him to the patrol unit so we could speak with him. Officer Ballard tried again to walk with Mr. Moreno and he again pulled away. This time, he pulled free from Officer Ballard. Officer Allen then assisted to gain control of Mr. Moreno. They were able to get him to the patrol unit. Once at the patrol unit Mr. Moreno started to push back against officers. He used his legs to push off the patrol unit. Officer Allan and I placed our arms under Mr. Moreno and escorted him to the ground to gain control of him. Mr. Moreno landed on his upper right chest and shoulder area.

Once on the ground Mr. Moreno stopped his resistance and laid on the ground asking for EMS. EMS was immediately requested. Once EMS arrived, EMS personnel tried to assist Mr. Moreno, but he became angry and no longer wanted to be assessed by EMS. During this time, Officer Smith spoke with Ms. Sendejo and got her side of the story. She said that Mr. Moreno did not assault her.

Due to Mr. Moreno only being detained for questioning and that Ms. Sendejo claimed that she had not been harmed, Mr. Moreno was released from the handcuffs. Once released from the handcuffs, Mr. Moreno stood up and walked around. He eventually walked to the passenger seat of the vehicle and got in.

Based on my law enforcement knowledge, training and experience, a reasonable similarly situated law enforcement officer standing in my, Officer Ballard and Officer Allen, could draw the conclusion that my, as well as Officer Ballard and Officer Allen's actions were objectively reasonable, did not violate Mr. Moreno's constitutional rights and did not violate clearly established law.

I have watched the video provided in Exhibits 8, 9 & 10 to Defendants' Motion for Summary Judgment Based on Qualified Immunity and they are true and correct copies of the recording of the incident Plaintiff Johnny Moreno complains of as recorded by my body worn camera.

Lastly, at no time during the incident with Mr. Moreno was Officer Taylor Herrera involved.

____________________________
Roger Balerio

SWORN TO AND SUBSCRIBED before me on this the __17__ day of June, 2024.

RHONDA R GARZA
Notary Public, State of Texas
Comm. Expires 07-18-2027
Notary ID 743033-6

____________________________
Notary Public in and for State of Texas