**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **JOHHNY MORENO,** | § | |
| | § | |
| **Plaintiff** | § | |
| **VS.** | § | **CIVIL ACTION NO. 6:23-cv-00026** |
| | § | |
| **CITY OF VICTORIA, ET AL.** | § | **JURY DEMAND** |
| | § | |
| **Defendants.** | § | |

**AFFIDAVIT OF BUSINESS RECORDS**

THE STATE OF TEXAS §
KNOWN ALL MEN BY THESE PRESENT:
COUNTY OF VICTORIA §

BEFORE ME, the undersigned authority, on this day personally appeared MARK MARTYN, who having by me been duly sworn, stated as follows:

"My name is Mark Martyn. I am an employee of the City of Victoria, Texas. I am over the age of 18 years, have never been convicted of a felony, and have personal knowledge of the facts stated herein and am competent to make this affidavit.

I am currently the custodian of records for the City of Victoria EMS. Attached hereto is a true and correct copy of a body worn camera from EMS personnel from April 20, 2021 involving Johnny Moreno.

I am a custodian of the record attached hereto. This record is from the City of Victoria EMS and is kept by the City of Victoria EMS in the regular course of business. It was the regular course of business of a City of Victoria EMS for an employee or representative of it, with knowledge of the events to make the recording or transmit the information thereof to be included in such record. The recording attached hereto is an exact duplicate of the original."

Further affiant sayeth not.

MARK MARTYN

SWORN TO AND SUBSCRIBED before me on this the 13 day of June, 2024.

DEBORAH BREEDEN
Notary ID #5163681
My Commission Expires
March 27, 2028

Notary Public in and for State of Texas