**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **JOHHNY MORENO,** | § | |
| | § | |
| **Plaintiff** | § | |
| **VS.** | § | **CIVIL ACTION NO. 6:23-cv-00026** |
| | § | |
| **CITY OF VICTORIA, ET AL.** | § | **JURY DEMAND** |
| | § | |
| **Defendants.** | § | |

**AFFIDAVIT OF BUSINESS RECORDS**

THE STATE OF TEXAS §
KNOWN ALL MEN BY THESE PRESENT:
COUNTY OF VICTORIA §

BEFORE ME, the undersigned authority, on this day personally appeared RAMONA CHAVEZ, who having by me been duly sworn, stated as follows:

"My name is Ramona Chavez. I am an employee of the City of Victoria Police Department. I am over the age of 18 years, have never been convicted of a felony, and have personal knowledge of the facts stated herein and am competent to make this affidavit.

I am currently a Police Records Technician for the City of Victoria Police Department. Attached hereto are body worn camera recordings from Officer Royall Allen, Officer Trenton Ballard, Officer Roger Balerio and Officer J. Smith from April 20, 2021 and which involve an interaction with Johnny Moreno. Also, attached hereto is a patrol unit camera recording from Officer Roger Balerio's patrol until and a recording of a 911 call on April 20, 2021 involving the same interaction with Johnny Moreno.

I am a Police Records Technician and as part of my duties I am a custodian of records for the records attached hereto. These recordings are from the City of Victoria Police Department and are kept in the regular course of business. It was the regular course of business of a City of Victoria

Police Department for an employee or representative of the City of Victoria Police Department, with knowledge of the events to make the recording. The recordings were made at or near the time, or reasonably soon thereafter. The recordings attached hereto are exact duplicates of the originals."

Further affiant sayeth not.

Ramona Chavez
RAMONA CHAVEZ

SWORN TO AND SUBSCRIBED before me on this the 13 day of June, 2024.

PEARL ALVAREZ-SWARTZ
Notary Public, State of Texas
Comm. Expires 06-12-2027
Notary ID 134401841

Notary Public in and for State of Texas