# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **JOHNNY MORENO,** | § | |
| ***Plaintiff,*** | § | **Case. No. 6:23-cv-00026** |
| | § | |
| **VS.** | § | **JURY DEMANDED** |
| | § | |
| **CITY OF VICTORIA, ET AL.** | § | |
| ***Defendants.*** | § | |

**PLAINTIFF'S JOHNNY MORENO'S DECLARATION**

1. On April 20, 2021, Officers Ballard, Allen, and Balerio used excessive force when they grabbed, and twisted my wrist while walking up to the squad car, pushed my head against the car, with excessive force, which ultimately led to a fall that caused my c6 to be broken

2. I was helping my wife, Jennifer Sendejo, who was having a panic attack.

3. I was trying to help my wife to calm down and make sure she was okay. She was having a panic attack due to unrelated circumstances that occurred a week before this encounter that would cause her to yell and cry, and have what I believe to have been ptsd. Her panic attack caused attention and two other males were trying to fight me thinking I was hurting her. An argument proceeded to occur between them and myself, which I was explaining to them about her situation. I walked away, and got into the vehicle. That is when the squad car pulled up behind us.

4. I was the only one looking out for her and trying to protect her after her trauma.

5. Officer Ballard, Officer Allen and Officer Balerio approached me as I was exiting the vehicle, and I immediately put my hands behind my back to show I was not resisting and intended on complying. I did not asked to be handcuffed.

6. I made no attempts to resist being detained, and was not a threat of harm to the officers or others around me. Still they grabbed my arm with force.

7. While I was walking to the squad car, officer Balerio threatened to pull me, and that is when Allen grabbed, and jerked me and twisted my arm, as Ballard let go of me. The video show the shadow of one of Allen pushing me it caused me to turn around, and I then immediately informed him he had no right to do so, neither Ballard nor Bellerio tried to stop Allen. Allen aggressively slammed my head against the squad car with his hand already on my neck area. He and the other officers made another attempt to slam me again which I stiffened up my body because the pressure of the force used to try and slam my head a second time, with officer allen's hand on my neck causing me to tense up due to the pain. Officer Balerio then put his arms in between mine.

8. Balerio then spun me around and slammed me on the ground along with the other officers and Allen landed with his hand on the back of my neck, in which I was unable to protect my fall due to me being in restraints, they had already put on me with no resistance while I exited the vehicle in which my wife and I were in as soon as the cops arrived. After the fall, officer Allen still had his hand on the back of my neck. Balerio, then put pressure with his forearm on my upper back area. When I informed them of my neck injury, Allen kept his hand firmly pressed on my neck, and I proceeded to once again tell them about the injury caused to my neck.

9. I landed on my neck area. The ground further struck my upper right chest and shoulder area. I felt a crack upon landing on the back of my neck. Once on the ground I immediately began to feel pain in my neck and stated that the officers broke my neck. Once I informed them of my injury, they still proceeded to lift me off of the ground as seen and heard on the video, after I told them not to.

10. I was never a threat of harm to the officers or anyone else to justify officers attacking me. They were aggressive as soon as they walked me to the car by twisting and jerking my arm causing pain on my arm first. They pushed my head against the car, not only once but twice with aggressive force. I did not pushed off the car with my legs, there was no room for me to push off the car with my legs because they slammed my head against the car a second time and held me against the car.

11. They pulled me off the car, and spun me around for no reason at all. I was not pulling away from them or trying to resist. As they spun me around, I was walking along with them, and I immediately felt fear while spinning and it intensified once being pulled to the ground, due to me not being able to protect myself from the fall because my hands were restrained with handcuffs.

12. Officer Balerio, walked up to the officer speaking to my wife, and asked him to turn off the camera, then proceeded to tell my wife that I was complaining of a neck injury that occurred in an accident previously, but the information was false. I have never had a neck injury prior to this event. Allen had already made a prior attempt to ask my wife of any previous neck injury. She told him she knew only of a back injury, but a neck injury prior to this incident never occurred. Several attempts were made to attempt to say I had a previous neck injury, which are seen and heard on video.

13. Allen, walked up to me while I was sitting in the car after the incident, and was informing me that what they had done was not right, but that part is muted on the body cam.

14. I begged for medical assistance and the officers did nothing even though they caused my injury. Upon arrival, the officers went up to them prior to attending to me, in which one of the EMS employees grabbed and then proceeded to put pressure on my neck with force with his fingers, after I informed him of the pain in that area, which is why I decided to make the decision of having my wife take me instead of EMS because they were aggressive and unhelpful to me. I did not feel safe, and was terrified, so I decided to have my wife take me to the emergency room instead.

15. My wife immediately drove me to the emergency room, after Allen spoke to me because My left ear was bleeding and I had severe neck pain from the incident. The doctor informed me within an hour that my neck was fractured at the C-6 vertebrae. I was admitted but had to be transported to another hospital for treatment where I remained for 4 days.

16. Since the incident I have not had a day without discomfort, stress, or some level of pain.

17. I have been unable to sleep, I can no longer paint and I am a professional painter, roll walls, climb a ladder, lift heavy objects, help my father cut the yard, or my mother get things that are too high for her, load or unload groceries, bike, fish, pick up kids, workout, play basketball, play football with my son or swim. I have severe ptsd, and a lot of anxiety.

18. Some of the littlest things I did everyday I can no longer do like turn my head while driving, look up for a long period of time, neck pain is so severe sometimes that I cannot get out of bed on certain days.

My name is Johnny Moreno. My DOB is [redacted]. I have personal knowledge of the allegations and facts stated herein. I declare under penalty of perjury that the foregoing is true and correct. My address is [redacted]. Executed in Victoria County, State of Texas, on July 10 2024[1]

Johnny Moreno
Johnny Moreno (Jul 10, 2024 23:15 CDT)

Declarant

[1]28 U.S. CODE § 1746. Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form: (1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)". (2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)". CPRC Sec. 132.001. UNSWORN DECLARATION. (a) Except as provided by Subsection (b), an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law.