# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **JOHNNY MORENO,** | § | |
| ***Plaintiff,*** | § | **Case. No. 6:23-cv-00026** |
| | § | |
| **VS.** | § | **JURY DEMANDED** |
| | § | |
| **CITY OF VICTORIA, ET AL.** | § | |
| ***Defendants.*** | § | |

**JENNIFER SENDEJO DECLARATION STATEMENT**

1. I, Jennifer Sendejo, am married to Johnny Moreno. On the date of the incident my husband was trying to calm me down, due to a severe panic attack I was having. I got out of the vehicle to walk a little bit, because that's what I would do to help. My panic attacks were so severe, and my anxiety was out of control due to an incident that had occurred a few weeks prior. They would cause me to have sudden outbursts, in which I would scream and yell, due to fear and anger from the incident. My husband was yelling at me to get back in the car, as I walked away. He then got out of the car to try and get me to calm down, and get back in the vehicle. While I continued to refuse to get in the vehicle; two males came around the corner of the building, aggressively walking towards my husband. They then began to argue, and upon realizing what was occurring, I gained my composure, got back in the vehicle, and started to honk the horn for him to get in, because I was worried someone would have a weapon and hurt him. One of them then took off his shirt, and started walking towards my husband. My husband was trying to explain the situation to them, and that's when one of them calmed down, but the smaller one did not. At that point, a female walked outside. Johnny gave them his name, and proceeded to walk towards the vehicle and got inside. I had no idea anyone had called 911, so I then started driving away. A police squad car pulled up behind our vehicle, and pulled us over. Johnny then stepped out of the vehicle and immediately put his

hands behind his back, to show he had no intentions of causing anyone harm and wasn't a threat. The officers then put him in handcuffs, without even questioning him or even explaining to him what it was they were investigating other than someone called 911. He then explained to the officers that whoever called 911 was not telling the truth. At that time, I did not know the female had called 911, but found out later she had told the dispatcher she had seen him assaulting me when, which was completely false because she came outside after the two males started the argument with my husband. Officer Smith, then pulled me to the side to question me.

2. The officers arrived but never told us he was under arrest or what crime they were investigating.

3. Also, officer Allen and officer Balerio continued to ask me if my husband had neck problems. I did not know why at the time, but I now understand it was because they had injured my husband. At the time, I was being questioned by officer smith, i told him that johnny never put his hands on me and showed him my arms and face so that he could check for marks. That is when Officer Allen walked up to me and questioned me about a neck injury. As seen on the video I was dumbfounded by the question, and explained that he had a back injury before, but no one explained to me that my husband was injured. I could hear him yelling for me, but they would not allow me to see what was going on, and one of them told me to hush after I was trying to yell to Johnny I was still there. That is when I saw the ambulance driving up. At some point, Officer Allen walked away. The officers never explained why EMS had been called to the scene. Balerio, then walked up and I saw him give Officer Smith a signal to cut off the body camera, and that is when he proceeded to falsely tell me Johnny was complaining of a prior neck injury, which again, I could not agree to because as far as I knew nothing ever occurred to cause a neck injury prior to the incident on April 20th, 2021. I informed the officer that Johnny just had a back injury, but never had a neck injury. After a while, I was finally able to go to my husband, and see what was going on. I Heard him yelling

at EMS, saying they had been too aggressive. I walked up to him, kneeled down and I began to rub his head, and someone told me to get away. One of the EMS employees came up to me, and still, No one explained to me that his neck was injured, and once again I informed them that he had back problems and he was sensitive to that area. They asked if he was sensitive to his neck area, and I told them not the neck area but his lower back area. After he walked away, I heard EMS asking if he was going to go with them, and he denied their assistance due to the way one of them handled him. The officers asked him to sit up, so that they could take photos. He was struggling to do so, and I still had no idea what was going on. EMS, asked once again if he was denying their services, and he said yes, because he didn't feel safe due to the way they handled him. He decided to have me take him instead. He was still handcuffed and asked for them to be removed so he could attempt to get up on his own. When he slowly got up, I could see he was in pain, and he walked to the car carefully. I did notice how stiff he was walking towards me. He then got inside the vehicle with no movement from his head. Just extremely stiff, and I also noticed the blood on his ear. That is when he informed me that he believed they had broken his neck, and that they twisted and pulled on his arm while walking to the squad car. He further explained that they hit his head against the squad car, while he was in restraints and they spun him around, causing them to fall on his neck, and that they had to have known they injured him, because their demeanor changed towards him after a while. They were being way too kind, after being so aggressive in the beginning. Officer Allen, walked up to the vehicle and talked to my husband, informing him what the other officers did was wrong. He excluded himself. As soon as he walked away; I immediately drove him to the hospital. He laid his seat back and proceeded to tell me to please drive carefully and not drive over bumpy roads. Once I got there, I went inside and informed the receptionist or nurse behind the desk that my husband had a neck injury. The doctor ordered x-rays, and Within an hour or so, we were informed by the doctor that he had a break on his c6. They then informed us that they did not have the special care he

needed, and said they were transporting him to Brooke Army Medical Center in San Antonio by ambulance. He was admitted to the hospital, where he remained for four days. He was released with a neck brace and was told to wear it for 3 months. He was also informed he may need surgery in the near future.

My name is Jennifer Sendejo My DOB is [redacted]. I have personal knowledge of the allegations and facts stated herein. I declare under penalty of perjury that the foregoing is true and correct. My address is [redacted]. Executed in Victoria County, State of Texas, on July 10 2024[1]

________________________

Declarant

[1]28 U.S. CODE § 1746. Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form: (1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)". (2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)". CPRC Sec. 132.001. UNSWORN DECLARATION. (a) Except as provided by Subsection (b), an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law.