# EXHIBIT C

Citizens Medical Center
2701 Hospital Drive, Victoria, TX 77901
(361) 573-9181

ACCT # V00502151927 MR# M0002999[illegible]

ADMIT DATE: 04/20/21 ROOM/BED: PATIENT STATUS: REG ER
ADMIT TIME: 1819 ACCOM: ELOS:
DISCH DATE: SERV/LOC: ER FINANCIAL CLASS: S
DISCH TIME: ADMIT PRIORITY: EMERGENCY ADM CLERK: DSYLVA

*** PATIENT INFORMATION ***

PATIENT: MORENO,JOHNNY BIRTHDATE: [redacted] AGE: 33 SEX: M
ADDRESS: [redacted] MARITAL ST: S SINGLE SS# [redacted]
RELIGION: CATHOLIC RACE: HISPANIC
VICTORIA,TX 77901-2687 MDN NAME:
PHONE #: (361)218-9048

*** PHYSICIAN INFORMATION ***

ADMIT PHYSICIAN: PRIMARY CARE PHY: NO PCP
ATTENDING PHYSICIAN: FAMILY PHYSICIAN: NO PCP
ER PHYSICIAN: Walrod,Clyde B., M.D. OTHER PHYSICIAN:

*** EMPLOYMENT INFORMATION ***

EMPLOYER: UNEMPLOYED OCCUPATION:
ADDRESS: EMP PHONE #:

*** CONTACT INFORMATION ***

NEXT OF KIN: MORENO,VICTORIA PERSON TO NOTIFY: MORENO,VICTORIA
NOK ADDRESS: [redacted] PERSON NOTIFY ADD: [redacted]
VICTORIA,TX 77901-2687 VICTORIA,TX 77901-2687
NOK PHONE #: (361)218-9639 PERSON NOTIFY PH#: (361)218-9639
WORK PHONE #: WORK PHONE #:

*** GUARANTOR INFORMATION ***

GUAR NAME: MORENO,JOHNNY GUAR EMPLOYER: UNEMPLOYED
GUAR ADDRESS: [redacted] GUAR EMP PH #:
VICTORIA,TX 77901-2687 RELATIONSHIP: SELF
GUAR PHONE NO: (361)218-9048 GUARANTOR SS#: 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

| INSURANCE | POLICY # | SUBSCRIBER | AUTH/PRE CERT# |
|---|---|---|---|
| 1 SELF PAY CASH ONLY | | MORENO,JOHNNY<br>GROUP # | DOB: [redacted] |
| 2 | | GROUP # | DOB: |
| 3 | | GROUP # | DOB: |
| 4 | | GROUP # | DOB: |

ADMITTING DIAGNOSIS: ASSAULTED, LT EAR BLEEDING ICD9-CM CODE:
COMMENT:

DCMOT

# MEMORANDUM OF TRANSFER

V00002151927 M000288865
MORENO, JOHNNY
[redacted] M 33

**SECTION A (To be filled out at Transferring Hospital)**

1. Name of Hospital: **Citizens Medical Center**
   Address: **2701 Hospital Drive**
   **Victoria, Texas 77901**
   Phone Number: **(361) 573-9181**

2. Patient Information (if known)
   Patient's Full Name: JOHNNY MORENO
   Address: [redacted]
   Phone Number: 361-218-9048
   Sex: ✔ M ____ F Age: 33 Race: HISPANIC
   National Origin: UNKNOWN
   Religion: CATHOLIC
   Physical Handicaps: CURRENT

3. Next of Kin Information (if known)
   Next of Kin: VICTORIA MORENO
   Address: [redacted]
   Phone Number: 361-218-9639
   Next of Kin Notified: ✔ Yes ____ No

4. Date of Arrival: 4/20/2021 Time: 1814

5. Initial contact with receiving hospital: YES -
   Date: 4/20/21 Time: 2008
   Name of contact person at receiving hospital: SARA
   MED COM TRANSFER CENTER

6. Accepting physician secured by transferring physician.
   Date: 4/20/2021 Time: 2010
   Name of accepting Physician:
   DR. ERIK DESOUCY

7. Transferring physician's signature or signature of hospital staff acting under physician's orders: CMC ER PHYSICIAN
   DR. WALROD
   Phone Number: 361-573-9181
   Address: 2701 Hospital Dr, Victoria, TX 77901

8. Accepting hospital secured by transferring hospital:
   Date: 04/20/2021 Time: 2010
   Name of accepting hospital administration person:
   DR. ERIK DESOUCY

9. Transferring hospital representative's signature:
   Kristina Buenger, RN *K Buenger RN*
   Title: ADN Time: 2010

10. Type of vehicle and company used: Ground - Sacred Heart 579-9727
    Time contacted: *2029* *ETA-2100*
    Equipment needed: *Neck collar, Saline locked*
    Personnel needed: *Medic*

11. Facility transported to:
    SAMMC ER
    3551 ROGER BROOKE DRIVE FORT SAM HOUSTON, TX 78234

12. Diagnosis: COMMINUTED NECK FRACTURE

13. Attachments: ER CHART
    X-Ray ✔ MD Progress Notes ✔
    Lab Reports ✔ Nurses Progress Notes ✔
    H & P ✔ Medication Record ✔
    Other DISC

*PHYSICIAN CERTIFICATION:* Based upon the information available at the time of the transfer, the medical benefits reasonably expected from the provision of appropriate medical treatment at another medical facility outweigh the increased risks of the transfer to the patient and, in the case of labor, the unborn child.

*Benefits:* SPINAL SURGEON

Risks:
Accident en route.
Worsening of condition en route. Death

*[signature]*
Physician's Signature

**SECTION B (To be filled out at Receiving Hospital)**

1. Name of Hospital: ____________________
   Address: ____________________
   Phone Number: ( ) ____________________
2. Date of Arrival: ____________ Time: ____________
3. Hospital Administration Signature: ____________________
   Title: ____________________
   Date: ____________________

4. Receiving physician assuming patient responsibility:
   Date: ___/___/___ Time: ____________
   Receiving Physician's Signature: ____________________
   Address: ____________________

5. If response to transfer was delayed beyond thirty (30) minutes, document the reason(s) for the delay, including any time extensions agreed to by the transferring hospital. Use additional sheet, if necessary.

**DISTRIBUTION:** Original to accompany patient to receiving hospital. Copy to be retained at transferring hospital.

# CONSENT / REQUEST / REFUSAL FOR TRANSFER TO ANOTHER PHYSICIAN AND/OR HOSPITAL

V00502151927 M000288863
MORENO, JOHNNY
[redacted] M 33 PRR ER

## ☑ TRANSFER CONSENT

I acknowledge that my medical condition has been evaluated and explained to me by the Emergency Department physician and/or my attending physician who has recommended that I be transferred to the service of Dr. DR. ERIK DESOUCY at SAMMC ER the potential benefits of such transfer, the potential risks associated with such transfer and the probable risks of not being transferred have been explained to me and I fully understand them. With this knowledge and understanding, I agree and consent to be transferred and hereby release the attending physician and hospital from all responsibility for any ill effects which may result from this transfer.

## ☐ TRANSFER REQUEST

I acknowledge that my medical condition has been evaluated and explained to me by the Emergency Department physician and/or my attending physician who has recommended and offered to me further medical examination and treatment. The potential benefits of further medical examination and treatment as well as the potential risks associated with transfer to another facility have been explained to me and I fully understand them. In spite of this understanding, I refuse to consent to the further medical examination and treatment which has been offered to me, and request transfer to ______________________.

## ☐ TRANSFER REFUSAL

I acknowledge that my medical condition has been evaluated and explained to me by the Emergency Department physician and/or my attending physician who has recommended that I be transferred to the service of Dr. ______________________ at ______________________. The potential benefits of such transfer, the potential risks associated with such transfer and the probable risks of not being transferred have been explained to me and I fully understand them.
Even though Dr. ______________________ believes it is in my best interests to be transferred, I refuse to be transferred and I request instead to continue receiving treatment at ______________________.

A Smith, RN
Witness

[signature]
Signature of patient or legally responsible person

4/20/21 @ 2035
Date and Time

Mother
Relationship to patient

Citizens
MEDICAL CENTER

PRELIMINARY RADIOLOGY REPORT
# CITIZENS MEDICAL CENTER

| Patient Name: | Sex: | DOB: | Age: | Loc: | Room: |
|---|---|---|---|---|---|
| MORENO,JOHNNY | M | [redacted] | 33 | ER | |

| Account #: | MR#: | Ref. Physician: | Attending Physician: |
|---|---|---|---|
| V00502151927 | M000288865 | | |

**Examination of:** **Order No.:**

| Patient Status: | Report No.: | Date of Service: |
|---|---|---|
| REG ER | 0420-0299 | |

**CC:**

==================================================================================

**PATIENT CLINICAL HISTORY AND PROVISIONAL DIAGNOSIS:**
**ED STATED COMPLAINT:**
**REASON FOR VISIT:** ASSAULTED, LT EAR BLEEDING

*****************************************************************************************************

**Unsigned transcriptions represent a preliminary report and do not reflect a medical or legal document.**

*****************************************************************************************************

PROCEDURE INFORMATION:
Exam: CT Cervical Spine Without Contrast
Exam date and time: 4/20/2021 7:00 PM
Age: 33 years old
Clinical indication: Pain and injury or trauma; Fall; Blunt trauma; Neck pain;
Injury date: 04/20/2021; Additional info: Trauma/injury

TECHNIQUE:
Imaging protocol: Computed tomography images of the cervical spine without contrast.
Radiation optimization: All CT scans at this facility use at least one of these dose optimization techniques: automated exposure control; mA and/or kV adjustment per patient size (includes targeted exams where dose is matched to clinical indication); or iterative reconstruction.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Bones/joints: There is a comminuted fracture through the left C6 facet extending into the left foramen transversarium. No malalignment.
Discs/Spinal canal/Neural foramina: No spinal stenosis.

Citizens MEDICAL CENTER

Lungs: Lung apices are normal.
Soft tissues: Unremarkable.

IMPRESSION:
1. Comminuted fracture through left C6 facet extending into foramen transversarium. No malalignment.
2. CT angiogram advised to exclude left vertebral artery injury.
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY FARHAD SANI MD on 04/20/2021 07:35 PM

Addendum created by Farhad Sani MD on 4/20/2021 7:37:36 PM CDT:
THIS REPORT CONTAINS FINDINGS THAT MAY BE CRITICAL TO PATIENT CARE. The findings were verbally communicated via telephone conference with Dr Casey at 7:36 PM CDT on 4/20/2021. The findings were acknowledged and understood.

Initial report created on 4/20/2021 7:35:03 PM CDT:

PROCEDURE INFORMATION:
Exam: CT Cervical Spine Without Contrast
Exam date and time: 4/20/2021 7:00 PM
Age: 33 years old
Clinical indication: Pain and injury or trauma; Fall; Blunt trauma; Neck pain; Injury date: 04/20/2021; Additional info: Trauma/injury

TECHNIQUE:
Imaging protocol: Computed tomography images of the cervical spine without contrast.
Radiation optimization: All CT scans at this facility use at least one of these dose optimization techniques: automated exposure control; mA and/or kV adjustment per patient size (includes targeted exams where dose is matched to clinical indication); or iterative reconstruction.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Bones/joints: There is a comminuted fracture through the left C6 facet extending into the left foramen transversarium. No malalignment.
Discs/Spinal canal/Neural foramina: No spinal stenosis.

Lungs: Lung apices are normal.
Soft tissues: Unremarkable.

IMPRESSION:
1. Comminuted fracture through left C6 facet extending into foramen transversarium. No malalignment.



2701 HOSPITAL DRIVE • VICTORIA, TEXAS 77901 • 361-573-9181

Citizens
MEDICAL CENTER

PRELIMINARY RADIOLOGY REPORT
# CITIZENS MEDICAL CENTER

**Patient Name:**
MORENO,JOHNNY

**Sex:** M
**DOB:** [redacted]
**Age:** 33
**Loc:** ER
**Room:**

**Account #:** V00502151927
**MR#:** M000288865
**Ref. Physician:**
**Attending Physician:**

**Examination of:**
**Order No.:**

**Patient Status:** REG ER
**Report No.:** 0420-0300
**Date of Service:**

**CC:**

================================================================

**PATIENT CLINICAL HISTORY AND PROVISIONAL DIAGNOSIS:**
**ED STATED COMPLAINT:**
**REASON FOR VISIT:** ASSAULTED, LT EAR BLEEDING

****************************************************************

**Unsigned transcriptions represent a preliminary report and do not reflect a medical or legal document.**

****************************************************************

PROCEDURE INFORMATION:
Exam: CT Angiography Neck With Contrast
Exam date and time: 4/20/2021 7:47 PM
Age: 33 years old
Clinical indication: Pain and injury or trauma; Fall; Blunt trauma and fracture, traumatic; Not specified; Neck or cervical vertebra; Sixth; Other: Neck pain; Injury date: 04/20/2021; Additional info: Trauma c6 fracture

TECHNIQUE:
Imaging protocol: Computed tomography angiography of the neck with contrast.
3D rendering (Not supervised by radiologist): MIP and/or 3D reconstructed images were created by the technologist.
Radiation optimization: All CT scans at this facility use at least one of these dose optimization techniques: automated exposure control; mA and/or kV adjustment per patient size (includes targeted exams where dose is matched to clinical indication); or iterative reconstruction.
Contrast material: OMNIPAQUE 350; Contrast volume: 80 ml; Contrast route: INTRAVENOUS (IV);

COMPARISON:
CT CERVICAL SPINE WO 72125 4/20/2021 7:07 PM

Citizens
MEDICAL CENTER

FINDINGS:
Right common carotid artery: No stenosis. No dissection or occlusion.
Right internal carotid artery: No stenosis of the extracranial segment. No dissection or occlusion.
Right external carotid artery: No occlusion or stenosis of the origin.
Right vertebral artery: No stenosis. No dissection or occlusion.

Left common carotid artery: No stenosis. No dissection or occlusion.
Left internal carotid artery: Comminuted fracture through left C6 facet joint and left foramen transversarium again noted. No malalignment.
Left external carotid artery: No occlusion or stenosis of the origin.
Left vertebral artery: No stenosis. No dissection or occlusion. The vessel enters the cervical canal at the C6 level.

Bones/joints: No acute fracture.
Soft tissues: Normal. No significant soft tissue swelling.

IMPRESSION:
No stenosis or occlusion.

REFERENCES:
NASCET CRITERIA. The degree of internal carotid artery stenosis is based on NASCET criteria. Normal is no stenosis. Mild is less than 50% stenosis. Moderate is 50-69% stenosis. Severe is 70% to 99% stenosis. Total occlusion is no detectable patent lumen.
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY FARHAD SANI MD on 04/20/2021 08:29 PM

# RADIOLOGICAL REPORT
# CITIZENS MEDICAL CENTER

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** MORENO,JOHNNY | **Sex:** M | **DOB:** [redacted] | **Age:** 33 | **Loc:** ER | **Room:** |

| | | | |
|---|---|---|---|
| **Account #:** V00502151927 | **MR#:** M000288865 | **Ord. Physician:** Walrod, Clyde B M.D. | **Attending Physician:** |

| | |
|---|---|
| **Examination of:** CT CERVICAL SPINE WO 72125 | **Order No.:** 0420-0070 |

| | | |
|---|---|---|
| **Patient Status:** DEP ER | **Report No.:** 0421-0012 | **Date of Service:** 04/20/21 1900 |

**CC**: Marroquin,Santiago M.D.; NO PCP; Walrod,Clyde B., M.D.

==========================================================================

**PATIENT CLINICAL HISTORY AND PROVISIONAL DIAGNOSIS:** Trauma/Injury
**ED STATED COMPLAINT:**
**REASON FOR VISIT:** ASSAULTED, LT EAR BLEEDING

**************************************************************************
**Unsigned transcriptions represent a preliminary report and do not reflect a medical or legal document.**
**************************************************************************

EXAM DESCRIPTION:
CT CERVICAL SPINE WO 72125

TECHNIQUE:
Serial axial imaging was performed without the use of intravenous contrast as per department protocol. Multiplanar images are reconstructed and reviewed when indicated.

This CT exam was performed using one or more of the following dose reduction techniques: Automated exposure control, adjustment of the mA and/or kV according to patient size, and/or the use of iterative reconstruction technique.

CLINICAL HISTORY:
Trauma/Injury.

COMPARISON:
None.

FINDINGS:
Loss of the cervical lordosis is present. Mild spondylosis is also noted as evident by disc space narrowing, eburnation and marginal osteophytes.

A comminuted fracture involves the left C6 facet extending into the foramen transversarium.

...DICAL CENTER

There is moderate left foraminal narrowing at this level. The central canal is preserved. No other fracture or dislocation is noted.

The lung apices are clear.

IMPRESSION:

1. Comminuted left C6 facet fracture extending into the foramen transversarium with moderate left neural foraminal narrowing at this level.
2. Mild loss of the cervical lordosis consistent with spasm.
3. Mild spondylosis.
4. No other significant finding.

Electronically signed by: Santiago Marroquin M.D. 4/21/2021 7:26 AM CT WORKSTATION GEPACS01

Dictated by : Marroquin,Santiago M.D.

04/21/21 0631

/MDL
DD/T: 04/21/21 0619
TD/T: 04/21/21 0631

Citizens MEDICAL CENTER

# RADIOLOGICAL REPORT
# CITIZENS MEDICAL CENTER

| Patient Name: | Sex: | DOB: | Age: | Loc: | Room: |
|---|---|---|---|---|---|
| MORENO,JOHNNY | M | [redacted] | 33 | ER | |

| Account #: | MR#: | Ord. Physician: | Attending Physician: |
|---|---|---|---|
| V00502151927 | M000288865 | Walrod, Clyde B M.D. | |

| Examination of: | Order No.: |
|---|---|
| CTA NECK W RECON 70498 | 0420-0071 |

| Patient Status: | Report No.: | Date of Service: |
|---|---|---|
| DEP ER | 0421-0016 | 04/20/21 1947 |

**CC:** Marroquin,Santiago M.D.; NO PCP; Walrod,Clyde B., M.D.

==========================================================================

**PATIENT CLINICAL HISTORY AND PROVISIONAL DIAGNOSIS:** trauma c6 fracture
**ED STATED COMPLAINT:**
**REASON FOR VISIT:** ASSAULTED, LT EAR BLEEDING

**************************************************************************

**Unsigned transcriptions represent a preliminary report and do not reflect a medical or legal document.**

**************************************************************************

EXAM DESCRIPTION:
CTA NECK W RECON 70498

TECHNIQUE:
Serial axial imaging was performed following up to 125cc's of non-ionic iodinated intravenous contrast as per department protocol. Multiplanar images are reconstructed and reviewed when indicated. This exam was performed according to a CT angiographic (CTA) protocol with 3-D post processing. This involves 3D reconstructions, MIPS, volume rendering images and/or shade surface rendering.

This CTA exam was performed using one or more of the following dose reduction techniques: Automated exposure control, adjustment of the mA and/or kV according to patient size, and/or the use of iterative reconstruction technique.

CLINICAL HISTORY:
Trauma, c6 fracture.

COMPARISON:
None.

FINDINGS:
The aortic arch demonstrates the usual extension of the brachiocephalic, left common

...tizens
...DICAL CENTER

carotid and left subclavian. Common carotids, carotid bulbs and internal carotid arteries are well identified. The vertebral arteries are symmetric without irregularity and/or stenoses.

The patient's known left C6 facet fracture is once again identified. Please refer to the CT of the cervical spine for further details.

IMPRESSION:
No flow-limiting stenosis, thrombosis and/or aneurysmal dilation.

Electronically signed by: Santiago Marroquin M.D. 4/21/2021 7:25 AM CT WORKSTATIO GEPACS01

Dictated by : Marroquin,Santiago M.D.

04/21/21 0635

/MDL
DD/T: 04/21/21 0624
TD/T: 04/21/21 0635

BCFS

STRAC
Southeast Texas Regional Advisory Council

Sun 19 Jan 2020 12:51:27 AM CST



# Red/Blue Trauma Criteria

## ADULT (≥18 years of age)

MEDCOM Case #

Time MEDCOM Notified: 2008

***MEDCOM should be activated by calling 210-233-5815 within <u>30min of arrival</u> to ED when Trauma Alert (1-R or 2-B criteria)***

Patient Name: or Place

V005021S1927 M000288865
MORENO, JOHNNY
[redacted] M 33 PRE ER

Date: 4-20-21

Time of Injury: ~1715

Time of ED Admit: 1814

Time MEDCOM Notified: 2008

**<u>Circle all Red/Blue Criteria that apply</u>** (or check box patient does not meet Red/Blue Criteria)

**FAX Red/Blue Criteria & Face Sheet to: (210) 233-5822**

| RED CRITERIA | | BLUE CRITERIA | |
|---|---|---|---|
| R1 | GCS ≤ 13 due to trauma | B1 | Reliable loss of consciousness > 5 minutes |
| R2 | ACTIVE airway assistance required (i.e., more than supplemental O2 without airway adjunct) | B2 | Sustained respiratory rate ≥ 30 or ≤ 10 |
| R3 | No radial pulse AND heart rate ≥ 120 | B3 | Sustained heart rate ≥ 120 with radial pulse and BP ≥ 90 systolic |
| R4 | BP < 90 systolic | B4 | Best motor response = 5 |
| R5 | Pelvic fracture or flail chest | B5 | Pregnancy > 20 weeks |
| R6 | Acute paralysis, loss of sensation, or suspected spinal cord injury | B6 | Fracture to humerus or femur due to motor vehicle crash |
| R7 | Amputation proximal to wrist or ankle | B7 | Fall from ≥ 20 feet |
| R8 | ≥ 15% BSA 2nd and 3rd degree burns | B8 | Age ≥ 55 |
| R9 | Penetrating injury to head (or depressed skull fracture), neck, torso, extremities proximal to elbow or knee (excluding superficial wounds) | B9 | Ejection from vehicle (excludes open vehicles) |
| R10 | Crushed, degloved, mangled or pulseless injured extremity | B10 | Driver with deformed steering wheel or intrusion > 12 inches to occupant or 18 inches at any site |
| R11 | Two or more long bone fractures (on different extremities) | B11 | Death in same vehicle |
| *Comminuted fracture to neck | | B12 | Auto vs pedestrian/bicyclist or motorcyclist thrown, run over, or with significant (> 20mph) impact |
| | | B13 | Patient on anticoagulation with a suspected T.B.I. |

☐ ***Patient does not meet Red or Blue Criteria, services not available at transferring facility.***

***The following information should be discussed during Physician to Physician report:***

**M** 1. Age/Sex
2. Mechanism of injury

**I** 3. Injuries (list head to toe); or Inspections (include pertinent medical history like use of anticoagulants)

**S** 4. Vital Signs

**T** 5. Treatment

**Facility Information for Memorandum of Transfer**

UNIVERSITY HOSPITAL
4502 Medical Drive
San Antonio, TX 78229
University Hospital Patient Report: (210) 743-5652

SAN ANTONIO MILITARY MEDICAL CENTER
3551 Roger Brooke Drive
Fort Sam Houston, TX 78234 (San Antonio)
SAMMC Patient Report: (210) 916-0808

Rev 10/15, 10/17, 5/18



Attention: U.A Lewis

...: MORENO, JOHNNY
...: M000288865
...ID: V00502151927
...: M
Template: 20 Assault

**Clinical Report - Physicians/Mid Levels**
Citizens Medical Center
2701 Hospital Drive, Victoria TX [illegible]
Registration Date/Time: 04/2[illegible]/2021 18:[illegible]

**Weight:**81.6 kg (M). **Height/Length:**73 inches (S). **BMI:**23.[illegible]

**HISTORY OF PRESENT ILLNESS**

Chief Complaint: REPORTED PHYSICAL ASSAULT. Location of injuries- neck. This occurred today. Occurred on a street.

The patient sustained a blow.

The patient complains of moderate pain.

(Patgient).

**REVIEW OF SYSTEMS**

No numbness, dizziness or weakness. All other systems reviewed and are negative.

**PAST HISTORY**

See nurses notes.

**SOCIAL HISTORY**

Heavy tobacco smoker (cigarette)- 1 pack per day. Patient is a recovering alcoholic. No drug use. No recent travel.

**ADDITIONAL NOTES**

The nursing notes have been reviewed.

**PHYSICAL EXAM**

**Vital Signs:** 04/20/2021 18:30 BP: 120/71. MAP: 87. HR: 103. RR: 20. O2 saturation: 99%. Temp: 97.7 F. Have been reviewed as normal.
**Appearance:** Alert. Oriented X3. No acute distress.
**Head:** Head non-tender. No swelling of head.
**Eyes:** Pupils equal, round and reactive to light. EOM intact.
**ENT:** No dental injury. Pharynx normal.
**Neck:** Vertebral tenderness of the lower cervical spine.
**CVS:** Heart sounds normal. Pulses normal.
**Respiratory:** Painless inspiration. Breath sounds normal. Chest nontender.
**Abdomen:** No visible injury. Soft and nontender. Bowel sounds normal. No organomegaly. No mass.
**Back:** No tenderness. ROM normal.
**Skin:** Skin intact. Skin warm and dry. Normal skin color.
**Extremities:** Normal inspection. Pelvis stable. Extremities atraumatic.
**Neuro:** Oriented X 3. No motor deficit. No weakness. No sensory deficit. No sensory deficit. Reflexes normal.

**...AYS, AND EKG**

...spine: Fracture of C6 (through C6 facet and into foramen trasversanum. Left side)

**...CAL IMPRESSION**

...ysical assault by bodily force.
Nondisplaced C6 fracture. (Comminuted left facet.). No associated neurological deficit.

(Electronically signed by Walrod, Clyde, MD 04/21/2021 13:03)

**Addenda for MORENO, JOHNNY MRN: M000288865 VisitID: V00502151927 Date: 04/20/2021**

**4/21/2021 0:16**
VPD CASE #2021003524
(Electronically signed by Cano, Josie RN - 4/21/2021 0:16)