# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

JOHNNY MORENO,
Plaintiff,

VS.

Case. No. 6:23-cv-00026
JURY DEMANDED

CITY OF VICTORIA, ET AL.
Defendants.

Plaintiff's Exhibit D

Links to referenced Defendants' Exhibits

https://youtube.com/playlist?list=PLge6nu9cM2qLCFNV-BE5mkUuQttgYP0hF&si=fCuLnu_d_9uZxcaq