**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **JOHHNY MORENO,** | § | |
| | § | |
| **Plaintiff** | § | |
| **VS.** | § | **CIVIL ACTION NO. 6:23-cv-00026** |
| | § | |
| **CITY OF VICTORIA, ET AL.** | § | **JURY DEMAND** |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S SUMMARY JUDGMENT EVIDENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME NOW COME Defendants, Trenton Ballard, Royall Allen, Roger Belario and Taylor Herrera, and file this, their Objections to Plaintiff's Summary Judgment Evidence, and in support hereof would show the Court as follows:

1. Defendants object to paragraphs 1 and 5-14 of Plaintiff's Johnny Moreno's Declaration as follows:

> With regard to paragraph 1, Defendants object to any portion on the paragraph that attempts to draw a legal conclusion or offer opinion testimony which Plaintiff is not qualified to render such as what constitutes "excessive force". Defendants further object to any statements of fact which are directly contradicted by the audio and video evidence in this matter. Those statements of Plaintiff are conclusory and reflect his perception of what occurred and should not be considered competent summary judgment evidence. *Clark v. America's Favorite Chicken Company*, 110 F.3d 295, 297 (5th Cir. 1997) (Statements setting forth conclusory or ultimate facts or asserting conclusions of law are insufficient evidence on a motion for summary judgment.). The audio and video evidence allows the Court to see a more accurate illustration of his conduct. *See Scott v. Harris*, 550 U.S. 372, 380–81 (2007) (holding courts need not accept a party's description of facts where it is blatantly contradicted by video evidence).

> With regard to paragraphs 5- 14, Defendants object to any statements of fact which are directly contradicted by the audio and video evidence in this matter. Those statements of Plaintiff are conclusory and reflect his perception of what occurred

and should not be considered competent summary judgment evidence. *Clark v. America's Favorite Chicken Company*, 110 F.3d 295, 297 (5th Cir. 1997) (Statements setting forth conclusory or ultimate facts or asserting conclusions of law are insufficient evidence on a motion for summary judgment.). The audio and video evidence allows the Court to see a more accurate illustration of his conduct. *See Scott v. Harris*, 550 U.S. 372, 380–81 (2007) (holding courts need not accept a party's description of facts where it is blatantly contradicted by video evidence).

2. Defendants object to the entirety of Jennifer Sendejo's Declaration Statement as follows:

With regard to paragraph 1, Defendant objects to the portions of that paragraph which describe events which occurred prior to the Officers' arrival and which the Officers had no knowledge of on the grounds that such information is not relevant. The United States Supreme Court has made it very clear that use of force is analyzed from the perspective of a reasonable officer on the scene, not the subjective viewpoint of the person upon whom force was used. *See Graham v. Connor*, 490 U.S. 386, 396 (1989).

With regard to paragraphs 2 -3, Defendants object to any portion on the paragraph that attempts to draw a legal conclusion or offer opinion testimony which she is not qualified to render such as what constitutes "too aggressive". Defendants further object to any statements of fact which are directly contradicted by the audio and video evidence in this matter. Those statements of Plaintiff are conclusory and reflect his perception of what occurred and should not be considered competent summary judgment evidence. *Clark v. America's Favorite Chicken Company*, 110 F.3d 295, 297 (5th Cir. 1997) (Statements setting forth conclusory or ultimate facts or asserting conclusions of law are insufficient evidence on a motion for summary judgment.). The audio and video evidence allows the Court to see a more accurate illustration of his conduct. *See Scott v. Harris*, 550 U.S. 372, 380–81 (2007) (holding courts need not accept a party's description of facts where it is blatantly contradicted by video evidence).

**Prayer**

WHEREFORE, PREMISES CONSIDERED, Defendants, Trenton Ballard, Royall Allen, Roger Belario and Taylor Herrera, ask the Court to SUSTAIN their objections and exclude the objected to evidence, as well as that the Court grant them such other and further relief to which they may be justly entitled.

Respectfully submitted,

CULLEN, CARSNER, SEERDEN & CULLEN, L.L.P.
119 South Main Street (77901)
Post Office Box 2938
Victoria, Texas 77902-2938
Tel: (361) 573-6318
Fax: (361) 573-2603

By: /s/ Casey T. Cullen
Casey T. Cullen
Southern District of Texas Bar No. 1130427
**ATTORNEYS FOR DEFENDANTS DEFENDANTS TRENTON BALLARD, ROYALL ALLEN, ROGER BELARIO AND TAYLOR HERRERA**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served on all counsel of record on this the 19th day of July, 2024 via ECF electronic notice in compliance with Rule 5 of the Federal Rules of Civil Procedure and paragraph 9 of the Southern District of Texas's Administrative Procedures for Electronic Filing in Civil and Criminal Cases by notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure.

/s/ Casey T. Cullen
Casey T. Cullen